# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PRESTON G. DEMOUCHETTE, JR                    NO.   2019 CW 0422

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND                             OCT 1 8 2019
CORRECTIONS

In Re:    Preston G. Demouchette, Jr, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. Unknown.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

     **WRIT DENIED.**   Relator, Preston G. Demouchette, Jr., must
fully comply with the 19th Judicial District Court's local rules
of court in order to file and have a docket number assigned to
his pleadings.

                              PMc
                              JEW
                              GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT